IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TAWANA HANSBERRY                                               PLAINTIFF

v.                              No. 2:13-cv-126-DPM

U.S. POSTAL SERVICE, PATRICK
DONAHOE, Postmaster General, USPS;
NATIONAL RURAL LETTER CARRIERS'
ASSOCIATION; and SHIRLEY BRANSCUM,
Arkansas representative, National Rural Letter
Carriers' Association                                          DEFENDANTS

JUDGMENT

Hansberry's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 December 2013